ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Bellal Aziz Construction Company | )  ASBCA No. 60552 |
| | ) |
| Under Contract No. W91B4M-09-C-7024 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. Azizullah Aziz
                                  Director

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                    Army Chief Trial Attorney
                                   CPT Matthew A. Freeman, JA
                                   CPT Harry M. Parent III, JA
                                    Trial Attorneys

ORDER OF DISMISSAL

This appeal arises from an alleged deemed denial by the contracting officer of a contractor's claim. The government moved to dismiss the appeal for lack of jurisdiction, alleging that appellant had not submitted a claim to the contracting officer. In response, appellant indicated that it concurred with the government's motion and desired to submit a claim to the contracting officer for a decision. The government provided appellant with the contact information for the cognizant contracting officer. Appellant subsequently filed an appeal to the Board from what appears to be a contracting officer's final decision denying its claim, docketed by the Board as ASBCA No. 60717. By order dated 3 August 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the prosecution of ASBCA No. 60717.

Dated: 19 August 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60552, Appeal of Bellal Aziz Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals